## 62261. WILLIAMS v. THE STATE.

BIRDSONG, Judge.
The judgment of the trial court is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Shulman, P. J., and Sognier, J., concur.*

DECIDED OCTOBER 6, 1981.

*Douglas Gibson,* for appellant.
*Deen Strickland, District Attorney,* for appellee.